UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

             v.

MARINA BROWNE,
JONATHAN WILLIAMS, and
KEITH FRAZIER,
                  Defendants.
-----------------------------------------------------------X

**Affirmation in Support of Application for an Order of Continuance**

14 Mag. 1528

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 1 3 2014

State of New York        )
County of New York     : ss.:
Southern District of New York  )

      Max Nicholas, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

      1. I am an Assistant United States Attorney in the Office of Preet Bharara, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. §3161(h)(7)(A).

      2. Defendant Jonathan Williams was charged with violations of 18 U.S.C. §§ 1028A, 1029(b)(2), and (2) in a Complaint dated July 11, 2014. The defendant was arrested on July 13, 2014 and presented before Magistrate Judge Andrew J. Peck on July 14, 2014.

      3. Kelley J. Sharkey, Esq., was appointed as counsel for the defendant pursuant to the Criminal Justice Act, and the defendant was released on bail. Defense counsel consented to a waiver of her client's right pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure to a preliminary hearing within 14 days of the initial appearance. Accordingly, under the Speedy

Trial Act, the Government was initially required to file an indictment or information on or before August 13, 2014.

4. I have engaged in preliminary discussions with Ms. Sharkey concerning a possible disposition of this case, and the Government and defense counsel wish to continue those discussions. However, I do not anticipate a resolution before the deadline under the Speedy Trial Act expires on August 13, 2014.

5. Therefore, the Government is requesting a continuance until September 12, 2014 in order to continue the foregoing discussions and reach a disposition of this matter. I have personally communicated with Ms. Sharkey and she consents to this request.

6. For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
       August 11, 2014

_____
Max Nicholas
Assistant United States Attorney
(212) 637-1205

2