ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

**Order of Continuance**

v.

MARINA BROWNE,
JONATHAN WILLIAMS, and
KEITH FRAZIER,

14 Mag. 1528

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 1 3 2014

                                    Defendants.

-------------------------------------------------------------X

Upon the application of the United States of America and the affirmation of Max

Nicholas, Assistant United States Attorney for the Southern District of New York, it is found that

defendant Jonathan Williams was charged with violations of 18 U.S.C. §§ 1028A, 1029(b)(2),

and (2) in a Complaint dated July 11, 2014.

It is further found that the defendant was arrested on July 13, 2014 and presented

before Magistrate Judge Andrew J. Peck on July 14, 2014.

It is further found that Kelley J. Sharkey, Esq., was appointed as counsel for the

defendant pursuant to the Criminal Justice Act, and the defendant was released on bail.  Defense

counsel consented to a waiver of her client's right pursuant to Rule 5.1 of the Federal Rules of

Criminal Procedure to a preliminary hearing within 14 days of the initial appearance.

Accordingly, under the Speedy Trial Act, the Government was initially required to file an

indictment or information on or before August 13, 2014.

It is further found that Assistant United States Attorney Max Nicholas has

engaged in preliminary discussions with Ms. Sharkey concerning a possible disposition of this

case, and the parties wish to continue discussing a possible disposition of this case.

It is further found that the Government has requested a continuance to engage in further discussions with counsel about the disposition of this case and that the defendant, through his attorney, has consented to such a continuance and has specifically waived his right to be charged in an indictment or information for an additional period not to exceed 30 days.

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. §3161(h)(7)(A) is hereby granted until September 12, 2014, and that a copy of this Order and the affirmation of Assistant United States Attorney Max Nicholas be served by mail on this date on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
      August 11, 2014

HONORABLE ~~GABRIEL W. GORENSTEIN~~ Frank Maas
UNITED STATES MAGISTRATE JUDGE

2