

**SULLIVAN & WORCESTER**

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

1 212 660 3000
F 212 660 3001
www.sandw.com

DOC # 29

January 8, 2015

**VIA FACSIMILE (212) 805-4060**

Honorable Kevin N. Fox
United States Magistrate Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007



U.S. DISTRICT COURT FILED
JAN X 2 2015
S. D. OF N.Y.

Re:  *United States v. Marina Browne*, No. 14-MJ-1528

Dear Magistrate Judge Fox:

I write in connection with Your Honor's December 15, 2014 Order, a copy of which is attached.

As I previously advised the Court, in connection with my appointment as CJA counsel in the above matter, an associate assisted me from time to time with, among other things, researching legal issues, reviewing documents and meeting with Ms. Browne. My colleague worked approximately 20 hours on this matter.

From the time of my appointment, I did not anticipate that my colleague's billing would exceed ten hours, and the case progressed quickly from my appointment in mid-July 2014 until the government agreed to dismiss the criminal complaint in early September 2014.

For these reasons, I respectfully request that the Court approve reimbursement for my colleague's time in excess of ten hours, subject to a review of our bills and related worksheets by the CJA Office.

REIMBURSEMENT IS APPROVED
FOR UP TO 10 HOURS OF THE
ASSOCIATE'S TIME. THE
REQUEST FOR REIMBURSEMENT
FOR ANY TIME EXCEEDING
10 HOURS IS DENIED, AS IT
WAS NOT PRE-APPROVED
AS IS REQUIRED UNDER
THE CJA PLAN.        SO ORDERED.

Respectfully submitted.

Harry H. Rimm

Enclosure

BOSTON   LONDON   NEW YORK   WASHINGTON, DC

[signature] L. Lott
USMJ  1-12-15

Case 1:14-mj-01528-UA   Document 28   Filed 12/15/14   Page 1 of 1

12/11/2014 14:21 FAX 212 660 3001    SULLIVAN & WORCESTER LLP    ☒002/002


# SULLIVAN & WORCESTER

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

December 11, 2014

**DOC # 26**

<u>VIA FACSIMILE (212) 805-4060</u>

Honorable Kevin N. Fox
United States Magistrate Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   <u>United States v. Marina Browne</u>, No. 14-MJ-1528

Dear Magistrate Judge Fox:

In connection with my appointment as CJA counsel in the above matter, an associate has assisted me from time to time with, among other things, researching legal issues, reviewing documents and meeting with Ms. Browne. I understand from the CJA Office that my firm may be reimbursed for my colleague's assistance if I obtain the Court's approval.

We respectfully request that the Court authorize reimbursement for my colleague's time, subject to a review of our bills and related worksheets by the CJA Office.

Respectfully submitted,

Harry H. Rimm

12/15/14

Under the Second Circuit Court of Appeals' CJA policies, which govern the CJA plans adopted by the circuit's district courts, compensation for work performed by associates assisting a CJA panel member is permitted only if prior approval for an associate's work is obtained from the Court, when it is anticipated that billing for the associate will exceed ten hours. It is unclear from the instant letter whether the associate has performed in excess of ten hours work on the case. If so, compensation cannot be authorized, since it appears that prior approval for compensating the associate was not obtained. In such a circumstance, the Court is constrained to deny the request. If fewer than ten hours of work had been performed by the associate, prior court approval for compensation would not be necessary.

SO ORDERED: Kevin Nathaniel Fox, USMJ.

BOSTON   LONDON   NEW YORK   WASHINGTON DC


**SULLIVAN &
WORCESTER**

Sullivan & Worcester LLP
1633 Broadway, 32nd Floor
New York, NY 10019
www.sandw.com

# FAX COVER SHEET

| | Company: | Fax Number: | Phone Number: |
|---|---|---|---|
| | Honorable Kevin N. Fox | (212) 805-4060 | |

| | Email Address: | | Phone Number: |
|---|---|---|---|
| | Harry H. Rimm | hrimm@sandw.com | 212 660 3029 |

| | 3 | | January 8, 2015 |
|---|---|---|---|

BOSTON  NEW YORK  WASHINGTON, DC

Communications from our firm may contain or incorporate federal income tax advice. Under recently promulgated US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code. Please contact a member of our law firm's Tax Department if you require a formal, written tax opinion that satisfies applicable IRS requirements, or if you have any other questions regarding federal income tax advice.

This transmission contains confidential information intended for use only by the above-named recipient. Reading, discussion, distribution, or copying of this message is strictly prohibited by anyone other than the named recipient, or his or her employees or agents. If you have received this fax in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service.
If you have any difficulty receiving this message, please call 212 660 3000. Our Facsimile No. is 212 660 3001.

1731